EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

BEVERLY WEE SAMESHIMA #2556
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: Beverly.Sameshima@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 0 1 2003

at 12 o'clock and 12 min. __M
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>SUI PITA,           (01) )<br>LEON CABAEL,      (02) )<br>)<br>Defendants. )<br>_____) | Cr. No. CR03 00485 DAE<br><br>INDICTMENT<br><br>[21 U.S.C. §§ 846 and 841] |

INDICTMENT

Count 1

The Grand Jury charges that:

From a date unknown to the Grand Jury up through and including on or about September 23, 2003, in the District of Hawaii, the Defendant, SUI PITA, did conspire together and with other persons known and unknown to the Grand Jury, to knowingly

and intentionally distribute 50 grams or more of methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance, approximately one pound, in violation of 21 U.S.C. Sections 841(a)(1) and 846.

### OVERT ACTS

In furtherance of and in order to accomplish the objects of this conspiracy, the Defendant and his co-conspirators performed overt acts in the District of Hawaii, including but not limited to, the following:

1. On or about September 22, 2003, Defendant SUI PITA transported a pound of methamphetamine in his vehicle to a location near the Turtle Bay Hilton.

2. On or about September 22, 2003, Defendant SUI PITA distributed a pound of methamphetamine to another individual in exchange for $24,000.

3. On or about September 22, 2003, Defendant SUI PITA transported $23,000 to a source and retained $1,000 for distributing the pound of methamphetamine.

All in violation of 21 U.S.C. § 846.

### Count 2

The Grand Jury further charges that:

From a date unknown to the Grand Jury up through and including on or about September 23, 2003, in the District of Hawaii, the Defendants SUI PITA and LEON CABAEL, did conspire

together and with each other and other persons known and unknown to the Grand Jury, to knowingly and intentionally possess with intent to distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, approximately 600 grams, (gross weight), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1) and 846.

## OVERT ACTS

In furtherance of and in order to accomplish the objects of this conspiracy, the Defendants and their co-conspirators performed overt acts in the District of Hawaii, including but not limited to, the following:

1. On or about September 23, 2003, Defendant SUI PITA agreed to distribute a pound of methamphetamine to another individual.

2. On or about September 23, 2003, Defendants SUI PITA and LEON CABAEL transported approximately one pound of

//
//
//
//
//
//
//

methamphetamine to a location for distribution to another individual.

All in violation of 21 U.S.C. § 846.

DATED: October _01_, 2003, Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
FLORENCE T. NAKAKUNI
Chief, Narcotics Section

_____
BEVERLY WEE SAMESHIMA
Assistant U.S. Attorney

United States v. Sui Pita, et.al.
"Indictment"
    Cr. No.

4